**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Wertz, David James | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>  Wertz, Pamala Rene |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  aka Pamala Rene Kulikowski |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 1622 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 6684 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  1621 C. MIRA COSTA CIR.<br>  CHULA VISTA, CA 91913 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>  1621 C. MIRA COSTA CIR.<br>  CHULA VISTA, CA 91913 |
| County of Residence or of the<br>Principal Place of Business:    San Diego | County of Residence or of the<br>Principal Place of Business:    San Diego |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:  John C. Colwell, 118532<br>Law Offices of John C. Colwell, A P.L.C.<br>411 Broadway, Ste. 203<br>San Diego, CA 92101  ph: 619-238-1500 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)    ☐ Railroad | | ☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13 |
| ☐ Corporation    ☐ Stockbroker | | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership    ☐ Commodity Broker | | |
| ☐ Other _____    ☐ Clearing Bank | | |

**Nature of Debts** (Check one box)
☑ Consumer/Non-Business    ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

**(Official Form 1) (12/03)**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>David James Wertz & Pamala Rene Wertz | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

JOHN C. COLWELL 118532
Printed Name of Attorney for Debtor(s)

Law Offices of John C. Colwell, A P.L.C.
Firm Name

411 Broadway, Ste. 203
Address

San Diego, CA 92101

619-238-1500   drlc@debtclinic.com
Telephone Number          E-Mail:

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6A
(6/90)

In re David James Wertz & Pamala Rene Wertz _____    Case No. _____
          Debtor                                                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | 0.00 | |

**(Report also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

FORM B6B
(10/89)

David James Wertz & Pamala Rene Wertz

In re _____    Case No. _____
                    Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous Household Goods | J | 1,100.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous Books & Collectibles | J | 500.00 |
| 6.   Wearing apparel. | | Miscellaneous Wearing Apparel | J | 500.00 |
| 7.   Furs and jewelry. | | Miscellaneous Jewelry | J | 120.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | Miscellaneous Sporting Goods | J | 500.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30673

FORM B6B
(10/89)

In re David James Wertz & Pamala Rene Wertz _____     Case No. _____
                          Debtor                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | | Past due Child Support owed to joint debtor | W | 11,033.00 |
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

FORM B6B
(10/89)

In re David James Wertz & Pamala Rene Wertz

Debtor

Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Dodge Intrepid | H | 7,813.00 |
| | | 2005 Suzuki SV650 Motorcycle (Reject) | H | 3,838.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

_____0_____ continuation sheets attached

Total ▶ $ 25,404.00

**(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

FORM B6C
(6/90)

David James Wertz & Pamala Rene Wertz

In re _____     Case No._____
                        Debtor                                                              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 2002 Dodge Intrepid | C.C.P. 703.140(b)(2) | 1.00 | 7,813.00 |
| 2005 Suzuki SV650 Motorcycle (Reject) | C.C.P. 703.140(b)(5) | 1.00 | 3,838.00 |
| Miscellaneous Household Goods | C.C.P. 703.140(b)(3) | 1,100.00 | 1,100.00 |
| Miscellaneous Books & Collectibles | C.C.P. 703.140(b)(3) | 500.00 | 500.00 |
| Miscellaneous Wearing Apparel | C.C.P. 703.140(b)(3) | 500.00 | 500.00 |
| Miscellaneous Jewelry | C.C.P. 703.140(b)(4) | 120.00 | 120.00 |
| Miscellaneous Sporting Goods | C.C.P. 703.140(b)(5) | 500.00 | 500.00 |
| Past due Child Support owed to joint debtor | C.C.P. 703.140(b)(10)(D) | 11,033.00 | 11,033.00 |

Form B6D
(12/03)

In re _____,    Case No. _____
　　　　David James Wertz & Pamala Rene Wertz

**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cars 101 Superstore<br>2001 Lockwood St.<br>Oxnard, CA  93036<br><br>VALUE $　　　　0.00 | | | | | | | Notice Only | Notice Only |
| ACCOUNT NO. 304311011526600<br><br>GEMB/SUZUKI<br>PO BOX 981400<br>EL PASO, TX 79998<br><br>VALUE $　　　3,838.00 | | H | Incurred: 3/04<br>Lien: Purchase Money Security<br>Security: 2005 Suzuki SV650 Motorcycle (Reject) | | | | 9,554.00 | 5,716.00 |
| ACCOUNT NO.<br><br>HSBC<br>P.O. Box 60115<br>City of Industry, CA  91716-0115<br><br>VALUE $　　　　0.00 | | | | | | | Notice Only | Notice Only |
| ACCOUNT NO. 50000100796786<br><br>HSBC AUTO<br>6602 CONVOY CT<br>SAN DIEGO, CA 92111<br><br>VALUE $　　　7,813.00 | | H | Incurred: 11/04<br>Lien: Purchase Money Security<br>Security: 2002 Dodge Intrepid | | | | 11,881.00 | 4,068.00 |

0 _____ continuation sheets attached

Subtotal ➤　$　　21,435.00
(Total of this page)

Total ➤　$　　21,435.00
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673



## Vehicle Pricing & Information
nadaguides.com

August 17, 2005

Autos • Motorcycles • Boats • Classic Cars • Recreation Vehicles • Manufactured Homes



**4-Door Sedan**
2002 Dodge Intrepid-V6
Sedan 4D SE

|  | Average Trade-In | Average Retail |
|---|---|---|
| **Base Price** | $7,475 | $9,450 |
| **Mileage** | | |
| 64,000 miles | $-650 | $-650 |
| **TOTAL PRICE** | **$6,825** | **$8,800** |

MID — $ 7,813

**Other Vehicle Information**
Model Number: D46
Weight: 3469

The free consumer values on nadaguides.com are based on the Consumer edition of the N.A.D.A. Official Used Car Guide ®, and should not be utilized for industry purposes. The consumer values may vary from the N.A.D.A. Official Used Car Guide values presented to you by insurance companies, banks, credit unions, government agencies and car dealers due to vehicle condition, regional market differences and frequency of updates.

**Average Trade-In**
An Average Trade-In vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean and all power options should work. The mileage should be within the acceptable range for the model year. The "Average Trade-In" value is a national average calculated from the Official Used Car Guide's ten regions. The "Average Trade-In" value for your vehicle could be higher or lower than the national average due to your local market conditions.

**Average Retail Value**
An average retail vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work. The mileage should be within the acceptable range for the model year.

An Average Retail vehicle on a dealer lot may include a limited warranty or guarantee, and possibly a current safety and/or emission inspection (where applicable).

**Note:** Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Average Retail price shown.

ADVERTISING

8/17/2005 5:21 PM



**Kelley Blue Book**
THE TRUSTED RESOURCE
kbb.com



**New cycle loan APRs from**

*Capital*One  auto finance  Apply

Quick Dealer Price Quote     Search Used Car Listings     Use

BLUE BOOK MOTORCYCLE RETAIL REPORT

Shopping

Buy a Mot
Sell Your
Motorcycl
7.49%
Get a Free
Insurance
Motorcycl
Another R

### 2005 Suzuki SV650
2-Cylinder
4-Stroke
645cc

**Suggested Retail Value**                                    **$4475**

The Kelley Blue Book Suggested Retail Value is representative of dealers'
asking prices and is the starting point for negotiation between a consumer and
a dealer. This Suggested Retail Value assumes that the unit has been fully
reconditioned and is in excellent condition. Mileage/condition and additional
equipment may have a substantial impact on the value shown above. This
value also takes into account the dealers' profit, costs for advertising, sales
commissions and other costs of doing business. The final sale price will likely
be less depending on the unit's actual condition, popularity, type of warranty
offered and local market conditions.

**New**

**loar**

**fr**

**Capit**

au1

Apr

Copyright © 2005 by Kelley Blue Book Co., All Rights Reserved. May-Aug 2005 Edition. The information
in this report is intended for the personal use of the customer only and may not be sold or transmitted to
another party. We assume no responsibility for errors or omissions.



Form B6E
(04/04)

In re David James Wertz & Pamala Rene Wertz _____,        Case No._____
_____Debtor_____                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F (12/03)

In re  <u>David James Wertz & Pamala Rene Wertz</u>,        Case No. _____
**Debtor**                                                           **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4571<br><br>ACCENT SERVICE COMPANY<br>7171 MERCY ROAD<br>OMAHA, NE 68106 | | W | Incurred: 2/01-5/02<br>Consideration: Goods/Services<br>For Verizon | | | | 434.00 |
| ACCOUNT NO.   100559<br><br>ANDERSON FINANCIAL NTWK<br>PO BOX 3097<br>BLOOMINGTON, IL 61702 | | W | Incurred: 12/02-1/03<br>Consideration: Goods/Services<br>for Verizon | | | | 56.00 |
| ACCOUNT NO.   KULPA000<br><br>Antoine At Hanna MD<br>1700 N. Rose Ave. #230<br>Oxnard, CA  93030 | | | Incurred: 2001<br>Consideration: Medical Services | | | | 512.00 |
| ACCOUNT NO.   422709371541<br><br>APPLIED CARD BANK<br>PO BOX 15371<br>WILMINGTON, DE 19850 | | W | Incurred: 7/01-6/02<br>Consideration: Credit Card Debt (Unsecured)<br>for Cross Country Bank | | | | 951.00 |

<u>    15    </u>continuation sheets attached

Subtotal ➤ | $ | 1,953.00
(Total of this page)

Total ➤ | $ |
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,    Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 30037106 <br><br> ARROW FINANCIAL SERVIC <br> 5996 W TOUHY AVE <br> NILES, IL 60714 | | H | Incurred: 5/05 <br> Consideration: Credit Card Debt <br> (Unsecured) | | | | 632.00 |
| ACCOUNT NO. <br><br> Asset Acceptance <br> P.O. Box 2036 <br> Warren, MI 48090 | | | for Bank of America | | | | Notice Only |
| ACCOUNT NO. 41152786 <br><br> AT&T Wireless <br> P.O. Box 78110 <br> Phoenix, AZ 85062 | | | Incurred: 2003-04 <br> Consideration: Credit Card Debt <br> (Unsecured) | | | | 666.00 |
| ACCOUNT NO. 496323 <br><br> AWA COLLECTIONS <br> PO BOX 6605 <br> ORANGE, CA 92863 | | W | Incurred: 10/02 <br> Consideration: Goods/Services <br> for Arrowhead | | | | 77.00 |
| ACCOUNT NO. 15769913002180951880 <br><br> Bank of America <br> 2345 Borchard Rd. <br> Newbury Park, CA 91320 | | | Incurred: 1992-93 <br> Consideration: Overdraft | | | | 247.00 |

Sheet no. __1__ of __15__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,622.00
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,        Case No. _____
                          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8712972267MO5721<br><br>BMG Music Svcs.<br>P.O. Box 91501<br>Indianapolis, IN  46291 | | | Incurred: 2004-05<br>Consideration: Goods/Services | | | | 57.00 |
| ACCOUNT NO. 05019925452<br><br>C.C.S.<br>Two Wells Ave.<br>Newton, MA  02459 | | | Incurred: 2005<br>Consideration: Contingent Liability | X | | X | 106.00 |
| ACCOUNT NO. 412174229435<br><br>CAP ONE BK<br>PO BOX 85520<br>RICHMOND, VA 23285 | | W | Incurred: 3/96-7/96<br>Consideration: Credit Card Debt (Unsecured) | | | | 1,611.00 |
| ACCOUNT NO. 529107145347<br><br>CAPITAL ONE BANK<br>11013 W BROAD ST<br>GLEN ALLEN, VA 23060 | | W | Incurred: 1/98-8/99<br>Consideration: Contingent Liability<br>CREDIT CARD LOST OR STOLEN | X | | | 0.00 |
| ACCOUNT NO. 178632<br><br>CASHCALL INC<br>1920 MAIN ST STE 400<br>IRVINE, CA 92614 | | H | Incurred: 3/05<br>Consideration: Personal Loan | | | | 9,977.00 |

Sheet no. __2__ of __15__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  11,751.00
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,        Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7300030001543631<br><br>CCS<br>P.O. Box 17800<br>Las Vegas, NV 89114 | | | Incurred: 2005<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 299.00 |
| ACCOUNT NO. 178695877<br><br>Cingular Wireless<br>P.O. Box 60017<br>Los Angeles, CA 90060 | | | Incurred: 2003<br>Consideration: Goods/Services | | | | 1,047.00 |
| ACCOUNT NO. 987163301<br><br>CITI AUTO<br>2208 HIGHWAY 121 STE 100<br>BEDFORD, TX 76021 | | W | Incurred: 11/01-7/04<br>Consideration: Auto Deficiency | | | | 9,307.00 |
| ACCOUNT NO. 27909136<br><br>CMI GROUP LP<br>4200 INTERNATIONAL PKWY<br>CARROLLTON, TX 75007 | | W | Incurred: 9/04-11/04<br>Consideration: Goods/Services<br>for Adelphia Cost Ctr. | | | | 218.00 |
| ACCOUNT NO. 91103988936<br><br>Columbia House<br>1400 N. Fruitridge Ave.<br>Terre Haute, IN 47811-1121 | | | Incurred: 2004-05<br>Consideration: Merchandise | | | | 41.00 |

Sheet no. __3__ of __15__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     10,912.00
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,       Case No. _____
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  00131100633535<br><br>Cox Communications<br>P.O. Box 6058<br>Cypress, CA  90630-0058 | | | Incurred: 6/05<br>Consideration: Goods/Services | | | | 791.00 |
| ACCOUNT NO.  1920<br><br>CREDIT COLLECTION SERVIC<br>2 WELLS AVE<br>NEWTON, MA 02459 | | W | Incurred: 12/04-4/05<br>Consideration: Goods/Services<br>for Progressive Insurance | | | | 192.00 |
| ACCOUNT NO.<br><br>Dept. of Motor Vechiles<br>P.O. Box 942890<br>Mail Station J-233<br>Sacramento, CA  94290-0001 | | | dup. of State of CA | | | | Notice Only |
| ACCOUNT NO.<br><br>Dezzaree M. Wagner<br>10222 Waddell Cir.<br>San Diego, CA  92124 | | | | | | | Notice Only |
| ACCOUNT NO.  31531161000052159<br><br>Dymacol Corp.<br>P.O. Box 9017<br>Oceanside, NY  11572-9017 | | | for BMG | | | | Notice Only |

Sheet no. __4__ of __15__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 983.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 – 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  01160805<br><br>Equidata<br>P.O. Box 6610<br>Newport News, VA  23606 | | | for Cox Communications | | | | Notice Only |
| ACCOUNT NO.  0015000074<br><br>Equity Collection Svc.<br>31192 La Baya Dr. #B<br>Westlake Village, CA  91362 | | | for Ventura County Medical | | | | Notice Only |
| ACCOUNT NO.  4447961122123728<br><br>FIRST NATL BK MARIN<br>PO BOX 98875<br>LAS VEGAS, NV 89193 | | H | Incurred: 5/04-4/05<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 542.00 |
| ACCOUNT NO.  4610078478485394<br><br>FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | | H | Incurred: 9/02-1/04<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 453.00 |
| ACCOUNT NO.  4447961122123728<br><br>FNB Marin<br>P.O. Box 80015<br>Los Angeles, CA  90080 | | | | | | | Notice Only |

Sheet no.  5   of  15   continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 　　995.00
(Total of this page)

Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,    Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1073712<br><br>FRANKLIN CAPITAL<br>47 W 200 S STE 500<br>SALT LAKE CITY, UT 84101 | X | H | Incurred: 10/03<br>Consideration: Contingent Liability<br>Car in possession of cosigner who makes all payments | X | | | 0.00 |
| ACCOUNT NO.  SNG 11901CA/9<br><br>GC Services<br>P.O. Box 2667<br>Houston, TX  77252 | | | For Hearst Corp. | | | | Notice Only |
| ACCOUNT NO.  1000-4290<br><br>Hoyt Radiology Svcs.<br>25285 Madison Ave. #108<br>Murrieta, CA  92562 | | | Incurred: 2001<br>Consideration: Medical Services | | | | 118.00 |
| ACCOUNT NO.  410131004058944<br><br>HSBC<br>P.O. Box 4153-K<br>Carol Stream, IL  60197-4153 | X | | Incurred: 2003-04<br>Consideration: Auto Deficiency | | | | 7,300.00 |
| ACCOUNT NO.  540633000898<br><br>HSBC BANK NV FKA HHLB<br>POB 98706<br>LAS VEGAS, NV 89193 | | H | Incurred: 2/05-7/05<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 436.00 |

Sheet no. __6__ of __15__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $    7,854.00
(Total of this page)
Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,    Case No. _____
                           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0008986507<br><br>HSBC NV<br>1441 SCHILLING PL<br>SALINAS, CA 93901 | | H | Incurred: 2/05-7/05<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 506.00 |
| ACCOUNT NO. 230339600438<br><br>HSBC TAXMASTERS<br>PO BOX 1809<br>JACKSONVILLE, FL 32229 | | H | Incurred: 3/96<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 333.00 |
| ACCOUNT NO. 270315<br><br>HSBC/BSBUY<br>PO BOX 15519<br>WILMINGTON, DE 19850 | | H | Incurred: 2/05<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 2,030.00 |
| ACCOUNT NO. 69222400196596<br><br>HSBC/MS<br>PO BOX 1860<br>POMONA, CA 91769 | | H | Incurred: 3/04-6/05<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 7,801.00 |
| ACCOUNT NO. 3100405894<br><br>HSBC/RS CE<br>700 N WOOD DALE RD<br>WOOD DALE, IL 60191 | | H | Incurred: 3/05-8/05<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 6,774.00 |

Sheet no. __7__ of __15__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $    17,444.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,   Case No. _____
              **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5268600<br><br>Irwin Grossman MD<br>P.O. Box 6305<br>Oxnard, CA  93031 | | | Incurred: 2001<br>Consideration: Medical Services | | | | 1,591.00 |
| ACCOUNT NO.  10206<br><br>Life Chiropractic<br>12571 Hesperia Rd.<br>Victorville, CA  92392 | | | Incurred: 2002<br>Consideration: Medical Services | | | | 313.00 |
| ACCOUNT NO.  109072056<br><br>Los Robles ER Phys. Medical Group<br>P.O. Box 661147<br>Arcadia, CA  91066 | | | Incurred: 2001<br>Consideration: Medical Services | | | | 142.00 |
| ACCOUNT NO.  204217649<br><br>Los Robles Radiology Assoc.<br>2190 Lynn Rd. #220<br>Thousand Oaks, cA  91360 | | | Incurred: 2001<br>Consideration: Medical Services | | | | 38.00 |
| ACCOUNT NO.  4120611008192859<br><br>MERRICK BANK<br>PO BOX 5000<br>DRAPER, UT 84020 | | W | Incurred: 4/01-3/03<br>Consideration: Credit Card Debt (Unsecured) | | | | 909.00 |

Sheet no.  8   of  15   continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $    2,993.00
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,    Case No. _____
                              **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2411436576<br><br>Mission Emergency<br>St. Johns<br>P.O. Box 60049<br>Arcadia, CA 91066 | | | Incurred: 2001<br>Consideration: Medical Services | | | | 139.00 |
| ACCOUNT NO. 1084<br><br>Money Tree<br>P.O. Box 58363<br>Seattle, WA 98138 | | | Incurred: 3/05<br>Consideration: Payday Loan | | | | 315.00 |
| ACCOUNT NO. 4447961122123728<br><br>NCO Financial Sys.<br>4740 Baxter Rd.<br>Virginia Beach, VA 23462 | | | for FNB Marin | | | | Notice Only |
| ACCOUNT NO. 178695877<br><br>NCO Financial Sys.<br>507 Prudential Rd.<br>Horsham, PA 19044 | | | for Cingular | | | | Notice Only |
| ACCOUNT NO. 9001314030285<br><br>NSA<br>P.O. Box 8901<br>Westbury, NY 11590 | | | for Columbia House | | | | Notice Only |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Sheet no. __9__ of __15__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $      454.00
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,     Case No. _____
                   **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. N3801213030432<br>NSA<br>P.O. Box 8901<br>Westbury, NY  11590 | | | Incurred: 1997<br>Consideration: Goods/Services | | | | 33.00 |
| ACCOUNT NO. 113837601<br>OXFORD COLLECTION SERV<br>135 MAXESS RD STE 2A<br>MELVILLE, NY 11747 | | W | Incurred: 7/02-3/03<br>Consideration: Collection Account for At Home Professions | | | | 637.00 |
| ACCOUNT NO. 6684<br>Oxnard College<br>4000 S. Rose Ave.<br>Oxnard, CA  93033 | | | Incurred: 2004<br>Consideration: Student Loan - NON-DISCHARGEABLE | | | | 100.00 |
| ACCOUNT NO. 3380588<br>Palisades Collections<br>P.O. Box 1274<br>Englewood Cliffs, NJ  07632 | | | for AT&T | | | | Notice Only |
| ACCOUNT NO. 13187<br>Phillips White Chiro Corp.<br>620 Alabama St.<br>Redlands, CA  92373 | | | Incurred: 2002<br>Consideration: Medical Services | | | | 472.00 |

Sheet no. _10_ of _15_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $       1,242.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,          Case No. _____
                        Debtor                                                                             (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 200GAS5067225056<br><br>PROGRESSIVE ASSET MNGM<br>5924 E LOS ANGELES AVE S<br>SIMI VALLEY, CA 93063 | | W | Incurred: 6/05<br>Consideration: Goods/Services<br>for So. California Gas Co. | | | | 70.00 |
| ACCOUNT NO. 1900451402<br><br>PROVIDIAN FINANCIAL<br>PO BOX 9180<br>PLEASANTON, CA 94566 | | H | Incurred: 4/01-9/02<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 781.00 |
| ACCOUNT NO. REVHMIS372606<br><br>REVCARE INC<br>5400 ORANGE AVE<br>CYPRESS, CA 90630 | | W | Incurred: 6/01<br>Consideration: Medical Services<br>for Mission Emergency | | | | 318.00 |
| ACCOUNT NO. REVHMIS370079<br><br>REVCARE INC<br>5400 ORANGE AVE<br>CYPRESS, CA 90630 | | W | Incurred: 3/99<br>Consideration: Medical Services<br>for Mission Emergency | | | | 232.00 |
| ACCOUNT NO. 652412867019<br><br>Scholastic Books<br>Disney's World of Reading<br>P.O. Box 6001<br>Jefferson City, MO  65102 | | | Incurred: 2004<br>Consideration: Goods/Services | | | | 40.00 |

Sheet no. 11 of 15 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $     1,441.00
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,        Case No. _____
                          **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  95601279058<br><br>SDG&E<br>P.O. Box 25111<br>San Diego, CA  92799-5111 | | | Incurred: 2005<br>Consideration: Goods/Services | | | | 186.00 |
| ACCOUNT NO.  SH081538<br><br>Simi Valley Municipal<br>P.O. Box 1200<br>Simi Valley, CA  93062 | | | Incurred: 1996<br>Consideration: Transfering Fee for car registration<br>Judgment taken | | | | 125.00 |
| ACCOUNT NO.  220486310<br><br>SO CALIF EDISON COMPAN<br>2131 WALNUT GROVE AVE<br>ROSEMEAD, CA 91770 | | W | Incurred: 11/00<br>Consideration: Goods/Services | | | | 189.00 |
| ACCOUNT NO.  11231134091<br><br>St. Johns Pleasant Valley Hospital<br>P.O. Box 30070<br>Los Angeles, CA  90030 | | | Incurred: 2001<br>Consideration: Medical Services | | | | 291.00 |
| ACCOUNT NO.  11231283120<br><br>St. Johns Pleasant Valley Hospital<br>P.O. Box 30070<br>Los Angeles, CA  90030 | | | Incurred: 2000<br>Consideration: Medical Services | | | | 1,915.00 |

Sheet no.  12  of  15  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $  2,706.00
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,     Case No. _____
                  Debtor                                                             (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CE0503965<br><br>State of California<br>Franchise Tax Board<br>P.O. Box 1328<br>Rancho Cordova, CA  95741 | | | Incurred: 2004-05<br>Consideration: Traffic Fines for Ventura Traffic Court<br>NON-DISCHARGEABLE | | | | 1,889.00 |
| ACCOUNT NO.  01055650<br><br>States Recovery Sys.<br>2951 Sunrise Blvd. #100<br>Rancho Cordova, CA  95742 | | | for Wells Fargo | | | | Notice Only |
| ACCOUNT NO.  01055605<br><br>States Recovery Systems Inc.<br>P.O. Box 2860<br>Rancho Cordova, CA  95742-7201 | | | Incurred: 10/05<br>Consideration: Overdrawn Account for Wells Fargo | | | | 1,054.00 |
| ACCOUNT NO.  S700LRR2198409055<br><br>SUPERIOR COLLECTION<br>PO BOX 5166<br>WEST HILLS, CA 91308 | | W | Incurred: 1/02<br>Consideration: Medical Services for Los Robles Radiology | | | | 49.00 |
| ACCOUNT NO.  25391330-272<br><br>Target<br>P.O. Box 038994<br>Tuscaloosa, AL  35403 | | | Incurred: 2004<br>Consideration: Goods/Services | | | | 25.00 |

Sheet no.  13  of  15  continuation sheets attached to Schedule of Creditors Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     3,017.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,    Case No. _____
                     **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  930105N6011901CA<br><br>The Hearst Corp.<br>P.O. Box 7529<br>Red Oak, IA  51591 | | | Incurred: 2003<br>Consideration: Goods/Services | | | | 18.00 |
| ACCOUNT NO.  987163301<br><br>Transouth<br>c/o AmSher Collection Svcs.<br>2090 Columbrana Rd. #3000<br>Birmingham, AL  35216-2161 | X | | Incurred: 2001<br>Consideration: Auto Deficiency | | | | 2,636.00 |
| ACCOUNT NO.  0091733139<br><br>Union Bank of CA<br>P.O. Box 512380<br>Los Angeles, CA  90051-0380 | | | Incurred: 2005<br>Consideration: Overdrawn Account | | | | 273.00 |
| ACCOUNT NO.  v0015000074<br><br>Ventura County Medical Ctr.<br>3291 Loma Vista Rd.<br>Ventura, CA  93003 | | | Incurred: 1997<br>Consideration: Medical Services | | | | 122.00 |
| ACCOUNT NO.  01177-00519/01190-0048<br><br>Ventura County Medical Ctr.<br>3291 Loma Vista Rd.<br>Ventura, CA  93003 | | | Incurred: 1997<br>Consideration: Medical Services | | | | 958.00 |

Sheet no.  14  of 15  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 4,007.00
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Form B6F - Cont.
(12/03)

David James Wertz & Pamala Rene Wertz

In re _____,    Case No. _____
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  047044486600001<br><br>Verizon Wireless<br>P.O. Box 9707<br>Irvine, CA  92623-9707 | | | Incurred: 7/05-9/05<br>Consideration: Goods/Services | | | | 879.00 |
| ACCOUNT NO.  2016439321<br><br>Wells Fargo<br>P.O. Box 6995<br>Portland, OR  97228 | | | Incurred: 3/05<br>Consideration: Overdraft | | | | 1,054.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.  15  of  15  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 1,933.00
(Total of this page)

Total ➤ | $ | 71,307.00
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

FORM B6G
(10/89)

David James Wertz & Pamala Rene Wertz

In re _____    Case No. _____
                   Debtor                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

FORM B6H
(6/90)

In re  David James Wertz & Pamala Rene Wertz _____    Case No. _____
                              Debtor                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dezzaree M. Wagner<br>10222 Waddell Cir.<br>San Diego, CA  92124 | FRANKLIN CAPITAL<br>47 W 200 S STE 500<br>SALT LAKE CITY, UT 84101 |
| Dezzaree M. Wagner<br>10222 Waddell Cir.<br>San Diego, CA  92124 | HSBC<br>P.O. Box 4153-K<br>Carol Stream, IL  60197-4153 |
| Susanto Djong<br>Address Unknown | Transouth<br>c/o AmSher Collection Svcs.<br>2090 Columbrana Rd. #3000<br>Birmingham, AL  35216-2161 |

Form B6I
12/03

David James Wertz & Pamala Rene Wertz

In re_____ ,                    Case No._____
                    Debtor                                                                                  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | daughter/stepdaughter | 3 |
| | daughter-w/mother in HI | 7 |
| | daughter-w/mother in HI | 5 |
| | son-w/mother in SD | 1 |

| **Employment:** Occupation | DEBTOR Construction/Mechanic | SPOUSE Unemployed |
|---|---|---|
| Name of Employer | U.S. Navy | |
| How long employed | 10 years  619-437-3395 | |
| Address of Employer | 2524 Enievetok Rd. | |
| | San Diego, CA  92155 | |

**Income:** (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 4,273.75 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 4,273.75 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 472.96 | $ 0.00 |
| b. Insurance | $ 22.25 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify):_____ | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 495.21 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3,778.54 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 761.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify)  (D)Avg. annual tax refund of $1,544/12 mos = | $ 129.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 3,907.54 | $ 761.00 |

TOTAL COMBINED MONTHLY INCOME    $ 4,668.54                    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

Save   Print            View other LESs   0508 ▾    Go

## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) WERTZ DAVID JAMES | SOC. SEC. NO. 172581622 | GRADE E5 | PAY DATE 950814 | YRS SVC 10 | ETS 060212 | BRANCH NAVY | ADSN/DSSN 5905 | PERIOD COVERED 1-31 AUG 05 |
|---|---|---|---|---|---|---|---|---|---|

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | .00 |
| A BASE PAY | 2381.82 | FEDERAL TAXES | 290.75 | DISCRETIONARY ALT ✱✱ | 1535.00 | +Tot Ent | 4652.75 |
| B BAS | 267.18 | FICA-SOC SECURITY | 147.87 | DISCRETIONARY ALT ✱✱✱ | 650.00 | +Tot Ded | 883.64 |
| C BAH | 1535.00 | FICA-MEDICARE | 34.54 | BANK ACCT ALLOT ✱✱✱ | 712.00 | +Tot Allt | 2897.00 |
| D CLOTHING | 414.00 | SGLI FOR 250,000 | 16.25 | | | =Net Amt | 872.11 |
| E FITW REFUND (CZ) | 54.75 | AFRH | .50 | | | -Cr Fwd | .00 |
| F | | FAMILY SGLI | 6.00 | | | =EOM Pay | 872.11 |
| G | | TSP | 23.82 | ✱✱ RENT | | | |
| H | | MID-MONTH-PAY | 364.11 | ✱✱✱ Child Support | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | ✱ 1 TiME / 12 MO = $ 35 | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | DIEMS | RETPLAN |
| | | $ = 4,273.75 | | | | 940801 | CHOICE |
| TOTAL | | | 883.64 | | 2897.00 | | |

| LEAVE | BF Bal 25.0 | Ernd 27.5 | Used 28 | Cr Bal 24.5 | ETS Bal 38.0 | Lv Lost .0 | Lv Paid .0 | Use/Lose .0 | FED TAXES | Wage Period 2358.00 | Wage YTD 13502.20 | M/S S | Ex 00 | Add'l Tax | Tax YTD 1651.15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| FICA TAXES | Wage Period 2381.82 | Soc Wage YTD 18690.42 | Soc Tax YTD 1158.82 | Med Wage YTD 18690.42 | Med Tax YTD 271.00 | STATE TAXES | St PA | Wage Period 2358.00 | Wage YTD 13502.20 | | M/S N | Ex 00 | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PAY DATA | BAQ Type W/DEP | BAQ Depn SPOUSE | VHA Zip 92155 | Rent Amt 9999.00 | Share | Stat 1 | JFTR R | Depns 0 | 2D JFTR | BAS Type | Charity YTD .00 | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| THRIFT SAVINGS PLAN (TSP) | Base Pay Rate 1 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
|---|---|---|---|---|---|---|---|---|
| | | TSP YTD Deductions 186.92 | | Deferred 140.32 | | Exempt 46.60 | | |

REMARKS:      YTD ENTITLE   33132.33       YTD DEDUCT   4530.31

-EFF 1 SEP 05 SGLI AUTOMATICALLY INCREASES TO COVERAGE BY CONTACTING YOUR PERSONNEL OFFICE 05. GO TO WWW.INSURANCE.VA.GOV FOR MORE INFO. NATIONAL PREPAREDNESS MONTH, FOR FAMILY WWW.MDW.ARMY.MIL/JFHQNCR/ SITW ADJUSTMENT (CZ) FOR PENNSYLVANIA CURRENT MONTH LEAVE BALANCE ADJUSTED. CHARGE LEAVE 050527-050601(229) BAH BASED ON W/DEP. ZIP 92155 ACCT # 0091733139

THE MAXIMUM OF 400K. YOU MAY ELECT LOWER AND COMPLETING A NEW SGLI FORM AFTER 1 SEP -MAKE A PLAN. GET READY! SEPTEMBER IS EMERGENCY PLANNING TIPS, VISIT SEA DUTY TIME 000719 USED LEAVE BALANCE ADJUSTED. LONGEVITY UPDATED 050813(216) CLOTHING MAINTENANCE 050901-050831(236) BANK UNION BANK OF CALIFORNIA NA

www.dfas.mil

DFAS Form 702, Jan 02

| Debtor: | | Spouse: | | 0 |
|---|---|---|---|---|
| Payroll Month: | 8 | Payroll Month: | | 0 |
| Payroll Day: | 31 | Payroll Day: | | 0 |
| Payroll Year: | 5 | Payroll Year: | | 0 |

## Paystub Calculation Program

| | | | | 0 |
|---|---|---|---|---|
| Name: | **D. Wertz** | | | **Page 2** |
| Payroll End Date: | 08/31/05 | Employer: | U.S. Navy | |
| How often paid: | Monthly | Pay Periods: | | 8 |

| Income From Paystub | | Income From Year-to-date | |
|---|---|---|---|
| Gross Pay: | $4,273.75 | Gross Pay: | $0.00 |
| | | | |
| Taxes: | | Taxes: | |
| Federal: | $290.75 | Federal: | $0.00 |
| State: | $0.00 | State: | $0.00 |
| SDI: | $0.00 | SDI: | $0.00 |
| Soc. Security: | $147.67 | Soc. Security: | $0.00 |
| Medicare: | $34.54 | Medicare: | $0.00 |
| Total of Taxes: | $472.96 | Total of Taxes: | $0.00 |
| | | | |
| Misc Deductions: | | Misc Deductions: | |
| Insurance: | $22.25 | Insurance: | $0.00 |
| Union Dues: | $0.00 | Union Dues: | $0.00 |
| Retirement: | $0.00 | Retirement: | $0.00 |
| Support | $0.00 | Other: | $0.00 |
| | | | |
| Paystub Net: | $3,778.54 | Net from Y-T-D: | $0.00 |
| | | | |
| Paystub Monthly: | $3,778.54 | YTD Monthly: | $0.00 |

**Income taken from paystub**
Comments:

| Spouses Name: | **Single Filing, debtor only** | | |
|---|---|---|---|
| Payroll End Date: | | Employer: | |
| How often paid: | Weekly | Pay Periods: | ERR |
| | Weekly | | ERR |

| Income From Paystub | | Income From Year-to-date | |
|---|---|---|---|
| Gross Pay: | $0.00 | Gross Pay: | $0.00 |
| | | | |
| Taxes: | | Taxes: | |
| Federal: | $0.00 | Federal: | $0.00 |
| State: | $0.00 | State: | $0.00 |
| SDI: | $0.00 | SDI: | $0.00 |
| Soc. Security: | $0.00 | Soc. Security: | $0.00 |
| Medicare: | $0.00 | Medicare: | $0.00 |
| Total of Taxes: | $0.00 | Total of Taxes: | $0.00 |
| | | | |
| Misc Deductions: | | Misc Deductions: | |
| Insurance: | $0.00 | Insurance: | $0.00 |
| Union Dues: | $0.00 | Union Dues: | $0.00 |
| Retirement: | $0.00 | Retirement: | $0.00 |
| Disability Ins | $0.00 | Other: | $0.00 |
| | | | |
| Paystub Net: | $0.00 | Net from Y-T-D: | ERR |

GOVERNMENTAL AGENCY (under Welf. & Inst. Code, §§ 11495.1 and 11478.2)          FOR COURT USE ONLY

DEPARTMENT OF CHILD SUPPORT SE....CES
4651 TELEPHONE RD STE 101
VENTURA, CA 93003

TELEPHONE NO.: (805)654-5200    FAX NO.: (805) 658-4179
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA
STREET ADDRESS: 800 South Victoria Avenue
MAILING ADDRESS: Same
CITY AND ZIP CODE: Ventura, CA 93009
BRANCH NAME: Ventura

PETITIONER/PLAINTIFF: COUNTY OF VENTURA

RESPONDENT/DEFENDANT: CRAIG MICHAEL DINGMON

OTHER PARENT: PAMALA RENE KULIKOWSKI

| ☐ AMENDED ☐ SUPPLEMENTAL | JUDGMENT REGARDING PARENTAL OBLIGATIONS | CASE NUMBER: D291783 |
|---|---|---|

1. a. ☒ **NOTICE: THIS IS A PROPOSED JUDGMENT** This *Judgment Regarding Parental Obligations* will be entered by the court and will become legally binding unless you fill out and file the *Answer* (form 1299.04) with the court clerk within 30 days of the date you were served with the *Summons and Complaint* (form 1299.01). If you need an answer form, you may get one from the district attorney's office, the court clerk, or the Family Law Facilitator. The Family Law Facilitator will help you fill out the forms. To file the answer, follow the procedures listed in the attached instructions.

   b. ☐ **NOTICE: THIS IS A JUDGMENT** It is now legally binding.

2. **THIS MATTER PROCEEDED AS FOLLOWS:**
   a. ☐ Judgment entered pursuant to Welfare and Institutions Code section 11355.
   b. ☐ By court hearing, appearances as follows:
   (1) Date:      Dept.:      Judicial Officer:
   (2) ☐ Petitioner/Plaintiff present    ☐ Attorney present (name):
   (3) ☐ Respondent/Defendant present    ☐ Attorney present (name):
   (4) ☐ Other Parent present    ☐ Attorney present (name):
   (5) District attorney (Welf. & Inst. Code, §§ 11475.1, 11478.2)(name):
   (6) ☐ Other (specify):
   c. The Obligor (the parent ordered to pay support) is ☐ Petitioner/Plaintiff ☒ Respondent/Defendant ☐ Other Parent

3. ☐ This order is based on presumed income for the obligor pursuant to Welfare and Institutions Code section 11475.1(c).

4. ☒ Attached is a computer printout showing the parents' income and percentage of time each parent spends with the child(ren). The printout, which shows the calculation of child support payable, shall become the court's findings.

5. ☐ This order is based on the attached documents (specify):

6. **THE COURT ORDERS**
   a. The mother and father listed in the complaint are the parents of the children named in item 6b below.
   b. Obligor shall pay current child support as follows:

| Name | Date of birth | Monthly support amount |
|---|---|---|
| ALEXIA RENE DINGMON | 01/29/2002 | $ 761.00 |

   (1) ☐ Other (specify):

   (2) ☒ For a total of: $ 761.00 payable on the:   FIRST   day of each month
   beginning (date): 09/01/2002

**NOTICE:** Any party required to pay child support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

(Continued on reverse)

Form Adopted by Rule 1299.13
Judicial Council of California
1299.13 [Rev. January 1, 1999]

**JUDGMENT REGARDING**
**PARENTAL OBLIGATIONS**
(Governmental)

Welfare & Institutions Code, §§
11350, 11350.1, 11355, 11475.1

129913 (01/99)          47270     DELEONB

Form B6I
12/03

David James Wertz & Pamala Rene Wertz

In re_____ ,          Case No._____
                    Debtor                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## (Continuation Page)

| DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|
| RELATIONSHIP | AGE |
| daughter-w/mother in SD | 4 mos |
| son | 1 |
| daughter | 2 |
| daughter | 5 |
| daughter | 1 |
| daughter | 1 |

FORM B6J
(6/90)

David James Wertz & Pamala Rene Wertz

In re _____,    Case No. _____
           Debtor                                                  (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

    Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,535.00 |
| Are real estate taxes included?    Yes _____   No ____✓____ | | |
| Is property insurance included?    Yes _____   No ____✓____ | | |
| Utilities    Electricity and heating fuel | $ | 0.00 |
|          Water and sewer | $ | 0.00 |
|          Telephone | $ | 65.00 |
|          Other _____ | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 700.00 |
| Clothing | $ | 85.00 |
| Laundry and dry cleaning | $ | 70.00 |
| Medical and dental expenses | $ | 70.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 64.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|          Homeowner's or renter's | $ | 0.00 |
|          Life | $ | 0.00 |
|          Health | $ | 0.00 |
|          Auto | $ | 75.00 |
|          Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|          Auto | $ | 0.00 |
|          Other   Child support for Michelle, Kelsey & Lauren | $ | 650.00 |
|          Other   Child support for Alyssa, Caleb & Dezzaree | $ | 779.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $   4,393.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 4,668.54 |
| B. Total projected monthly expenses | $ | 4,393.00 |
| C. Excess income (A minus B) | $ | 275.54 |
| D. Total amount to be paid into plan each _____ monthly _____ | $ | 275.00 |
|                                      (interval) | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Southern District of California

David James Wertz & Pamala Rene Wertz

In re _____        Case No. _____
                    Debtor                                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A  -  Real Property | YES | 1 | $            0.00 | | |
| B  -  Personal Property | YES | 3 | $      25,404.00 | | |
| C  -  Property Claimed As Exempt | YES | 1 | | | |
| D  -  Creditors Holding Secured Claims | YES | 1 | | $      21,435.00 | |
| E  -  Creditors Holding Unsecured Priority Claims | YES | 1 | | $            0.00 | |
| F  -  Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $      71,307.00 | |
| G  -  Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  -  Codebtors | YES | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | YES | 2 | | | $      4,668.54 |
| J  -  Current Expenditures of Individual Debtor(s) | YES | 1 | | | $      4,393.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 28 | | | |
| Total Assets ▶ | | | 25,404.00 | | |
| Total Liabilities ▶ | | | | 92,742.00 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30673

Official Form 6-Cont.
(12/03)

In re   David James Wertz & Pamala Rene Wertz
_____,        Case No. _____
                    Debtor                                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 29 _____

sheets and that they are true and correct to the best of my knowledge, information and belief.          (Total shown on summary page plus 1)

Date _____        Signature _____
                                                                                    Debtor

Date _____        Signature _____
                                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                                  (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                    _____
Signature of Bankruptcy Petition Preparer                                  Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 7
(12/03)

**FORM 7.  STATEMENT OF FINANCIAL AFFAIRS**

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In Re    David James Wertz & Pamala Rene Wertz                    Case No. _____
                        (Name)                                                                          (if known)
                             Debtor

## STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

        *"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

        *"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

        **1.    Income from employment or operation of business**

None     State the gross amount of income the debtor has received from employment, trade, or profession, or from
☐        operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                                SOURCE (if more than one)

        2005(db)    $33,132    Wages

        2004(db)    $27,973    Wages

        2003(db)    $15,228    Wages

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

|         | AMOUNT  | SOURCE (if more than one) |
|---------|---------|----------------------------|
| 2005(jdb) | $0    |                            |
| 2004(jdb) | $2,470 | Wages                     |
| 2003(jdb) | $4,718 | Wages                     |

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|         | AMOUNT  | SOURCE |
|---------|---------|--------|
| 2005(db) | $0     |        |
| 2004(db) | $0     |        |
| 2005(jdb) | $6,486 | State Disability, AFDC, Child Support |
| 2004(jdb) | $11,784 | State Disability, AFDC, Financial Aid, Work Study, Child Support |

**3. Payments to Creditors**

None ☒  a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒  b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| County of San Diego v. David J. Wertz DF186889 | Judgment regarding Parental Obligations | S.D. Superior Court | Judgment |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Michelle R. Wertz v. David J. Wertz FC-D #04-1-0593 | Divorce Proceeding | Family Court of the First Circuit State of Hawaii | Final Judgment |

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| HSBC P.O. Box 4153-K Carol Stream, IL 60197-4153 | 9/05 | Repo'd 2004 Suzuki LTZ 400 Quad-runner Deficiency due |

### 6. Assignments and Receiverships

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

**7.   Gifts**

None ☒
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.   Losses**

None ☒
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.   Payments related to debt counseling or bankruptcy**

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| John C. Colwell<br>Law Offices of John C. Colwell,<br>A P.L.C.<br>411 Broadway, Ste. 203<br>San Diego, CA 92101 | 9/1/05 | Filing Fee Only |

**10.   Other transfers**

None ☒
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11.  Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Union Bank | Checking Closing Balance: $273 | 10/05 |
| Wells Fargo | Checking Closing Balance: $1,054 | 8/05 |

**12.  Safe deposit boxes**

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.   Prior address of debtor**

None ☐

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 3203 College Pl #152<br>Lemon Grove, CA  91945 | | 8/03 to 6/05 |
| 1901 Colonia Pl. #A<br>Camarillo, CA  93010 | | 11/00 to 1/05 |

**16.   Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Michelle Wertz

Susanto Djong

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.       If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

**[Questions 19 - 25 are not applicable to this case]**

*   *   *   *   *   *

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30673

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature
                                     of Debtor    _____
                                                  DAVID JAMES WERTZ

Date _____     Signature
                                     of Joint Debtor  _____
                                                  PAMALA RENE WERTZ

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                              (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                         Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

__0__ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

ACCENT SERVICE COMPANY
7171 MERCY ROAD
OMAHA, NE 68106


ANDERSON FINANCIAL NTWK
PO BOX 3097
BLOOMINGTON, IL 61702


Antoine At Hanna MD
1700 N. Rose Ave. #230
Oxnard, CA   93030


APPLIED CARD BANK
PO BOX 15371
WILMINGTON, DE 19850


ARROW FINANCIAL SERVIC
5996 W TOUHY AVE
NILES, IL 60714


Asset Acceptance
P.O. Box 2036
Warren, MI   48090


AT&T Wireless
P.O. Box 78110
Phoenix, AZ   85062


AWA COLLECTIONS
PO BOX 6605
ORANGE, CA 92863


Bank of America
2345 Borchard Rd.
Newbury Park, CA   91320


BMG Music Svcs.
P.O. Box 91501
Indianapolis, IN   46291


C.C.S.
Two Wells Ave.
Newton, MA   02459

```
CAP ONE BK
PO BOX 85520
RICHMOND, VA 23285


CAPITAL ONE BANK
11013 W BROAD ST
GLEN ALLEN, VA 23060


Cars 101 Superstore
2001 Lockwood St.
Oxnard, CA  93036


CASHCALL INC
1920 MAIN ST STE 400
IRVINE, CA 92614


CCS
P.O. Box 17800
Las Vegas, NV  89114


Cingular Wireless
P.O. Box 60017
Los Angeles, CA  90060


CITI AUTO
2208 HIGHWAY 121 STE 100
BEDFORD, TX 76021


CMI GROUP LP
4200 INTERNATIONAL PKWY
CARROLLTON, TX 75007


Columbia House
1400 N. Fruitridge Ave.
Terre Haute, IN  47811-1121


Cox Communications
P.O. Box 6058
Cypress, CA  90630-0058


CREDIT COLLECTION SERVIC
2 WELLS AVE
NEWTON, MA 02459
```

```
Dept. of Motor Vechiles
P.O. Box 942890
Mail Station J-233
Sacramento, CA  94290-0001


Dezzaree M. Wagner
10222 Waddell Cir.
San Diego, CA  92124


Dymacol Corp.
P.O. Box 9017
Oceanside, NY  11572-9017


Equidata
P.O. Box 6610
Newport News, VA  23606


Equity Collection Svc.
31192 La Baya Dr. #B
Westlake Village, CA  91362


FIRST NATL BK MARIN
PO BOX 98875
LAS VEGAS, NV 89193


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104


FNB Marin
P.O. Box 80015
Los Angeles, CA  90080


FRANKLIN CAPITAL
47 W 200 S STE 500
SALT LAKE CITY, UT 84101


GC Services
P.O. Box 2667
Houston, TX  77252


GEMB/SUZUKI
PO BOX 981400
EL PASO, TX 79998
```

Hoyt Radiology Svcs.
25285 Madison Ave. #108
Murrieta, CA  92562


HSBC
P.O. Box 60115
City of Industry, CA  91716-0115


HSBC
P.O. Box 4153-K
Carol Stream, IL  60197-4153


HSBC AUTO
6602 CONVOY CT
SAN DIEGO, CA 92111


HSBC BANK NV FKA HHLB
POB 98706
LAS VEGAS, NV 89193


HSBC NV
1441 SCHILLING PL
SALINAS, CA 93901


HSBC TAXMASTERS
PO BOX 1809
JACKSONVILLE, FL 32229


HSBC/BSBUY
PO BOX 15519
WILMINGTON, DE 19850


HSBC/MS
PO BOX 1860
POMONA, CA 91769


HSBC/RS CE
700 N WOOD DALE RD
WOOD DALE, IL 60191


Irwin Grossman MD
P.O. Box 6305
Oxnard, CA  93031

Life Chiropractic
12571 Hesperia Rd.
Victorville, CA  92392


Los Robles ER Phys. Medical
Group
P.O. Box 661147
Arcadia, CA  91066


Los Robles Radiology Assoc.
2190 Lynn Rd. #220
Thousand Oaks, cA  91360


MERRICK BANK
PO BOX 5000
DRAPER, UT 84020


Mission Emergency
St. Johns
P.O. Box 60049
Arcadia, CA  91066


Money Tree
P.O. Box 58363
Seattle, WA  98138


NCO Financial Sys.
4740 Baxter Rd.
Virginia Beach, VA   23462


NCO Financial Sys.
507 Prudential Rd.
Horsham, PA 19044


NSA
P.O. Box 8901
Westbury, NY  11590


NSA
P.O. Box 8901
Westbury, NY  11590

```
OXFORD COLLECTION SERV
135 MAXESS RD STE 2A
MELVILLE, NY 11747


Oxnard College
4000 S. Rose Ave.
Oxnard, CA  93033


Palisades Collections
P.O. Box 1274
Englewood Cliffs, NJ  07632


Phillips White Chiro Corp.
620 Alabama St.
Redlands, CA  92373


PROGRESSIVE ASSET MNGM
5924 E LOS ANGELES AVE S
SIMI VALLEY, CA 93063


PROVIDIAN FINANCIAL
PO BOX 9180
PLEASANTON, CA 94566


REVCARE INC
5400 ORANGE AVE
CYPRESS, CA 90630


REVCARE INC
5400 ORANGE AVE
CYPRESS, CA 90630


Scholastic Books
Disney's World of Reading
P.O. Box 6001
Jefferson City, MO  65102


SDG&E
P.O. Box 25111
San Diego, CA  92799-5111


Simi Valley Municipal
P.O. Box 1200
Simi Valley, CA  93062
```

```
SO CALIF EDISON COMPAN
2131 WALNUT GROVE AVE
ROSEMEAD, CA 91770


St. Johns Pleasant Valley
Hospital
P.O. Box 30070
Los Angeles, CA  90030


St. Johns Pleasant Valley
Hospital
P.O. Box 30070
Los Angeles, CA  90030


State of California
Franchise Tax Board
P.O. Box 1328
Rancho Cordova, CA  95741


States Recovery Sys.
2951 Sunrise Blvd. #100
Rancho Cordova, CA  95742


States Recovery Systems Inc.
P.O. Box 2860
Rancho Cordova, CA  95742-7201


SUPERIOR COLLECTION
PO BOX 5166
WEST HILLS, CA 91308


Target
P.O. Box 038994
Tuscaloosa, AL  35403


The Hearst Corp.
P.O. Box 7529
Red Oak, IA  51591


Transouth
c/o AmSher Collection Svcs.
2090 Columbrana Rd. #3000
Birmingham, AL  35216-2161
```

```
Union Bank of CA
P.O. Box 512380
Los Angeles, CA  90051-0380


Ventura County Medical Ctr.
3291 Loma Vista Rd.
Ventura, CA  93003


Ventura County Medical Ctr.
3291 Loma Vista Rd.
Ventura, CA  93003


Verizon Wireless
P.O. Box 9707
Irvine, CA  92623-9707


Wells Fargo
P.O. Box 6995
Portland, OR  97228
```

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re   David James Wertz & Pamala Rene Wertz _____ ,
                                    Debtor

Case No. _____

Chapter ___13_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 8 pages, is true,

correct and complete to the best of my knowledge.

Date _____   Signature
                                of Debtor   _____
                                            DAVID JAMES WERTZ

Date _____   Signature
                                of Joint Debtor   _____
                                                  PAMALA RENE WERTZ

John C. Colwell
Law Offices of John
C. Colwell, A P.L.C.
411 Broadway, Ste. 203
San Diego, CA 92101
619-238-1500
619-338-9215

B203
12/94

# United States Bankruptcy Court
## Southern District of California

In re  David James Wertz & Pamala Rene Wertz

Case No. _____

Chapter _____ 13 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................…………………………… $   2,100.00

Prior to the filing of this statement I have received .......…………………………… $       0.00

Balance Due ...................................................................................................... $   2,100.00

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____
*Date*

_____
*Signature of Attorney*

Law Offices of John C. Colwell, A P.L.C.

*Name of law firm*