## IN THE UNITED STATES  BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | |
|---|---|
| DAVID JAMES WERTZ<br>PAMALA RENE WERTZ<br>1621 C MIRA COSTA CIR<br>CHULA VISTA CA<br>91913<br>Debtor(s)<br>SSN(1)XXX-XX-1622 SSN(2)XXX-XX-6684 | CASE NO. 0511372 B  13<br>JUDGE<br>DATE: 03/02/06 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intent to pay the claims  of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules  of  Bankruptcy Procedure.

| TRUSTEE CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 0014<br>COURT<br>CLAIM #<br>10 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN MI<br>48090 | 229.45 | 100.00 | UNSECURED<br>ACCT:XXXX1386<br>COMM:BANK OF AMERICA |
| 0012<br>COURT<br>CLAIM #<br>8 | B-LINE, LLC<br>2101 FOURTH AVE #1030<br>MAIL STOP 550<br>SEATTLE WA<br>98121 | 951.95 | 100.00 | UNSECURED<br>ACCT:7170<br>COMM:CROSS COUNTRY BANK |
| 0010<br>COURT<br>CLAIM #<br>6 | BECKET & LEE LLP ^<br>PO BOX 3001<br>MALVERN PA<br>19355 | 453.38 | 100.00 | UNSECURED<br>ACCT:5394<br>COMM:ARROW FINANCIAL |
| 0007<br>COURT<br>CLAIM #<br>3 | CITIFINANCIAL AUTO CORP<br>PO BOX 1472<br>MINNEAPOLIS MN<br>55440-1472 | 2674.02 | 100.00 | UNSECURED<br>ACCT:XXXXXXXX9340<br>COMM:NOT IN POSSESSION |
| 0008<br>COURT<br>CLAIM #<br>4 | COX COMMUNICATIONS<br>PO BOX 6058<br>CYPRESS CA<br>90630-0058 | 332.47 | 100.00 | UNSECURED<br>ACCT:XXXXX5-11<br>COMM: |
| 0016<br>COURT<br>CLAIM #<br>13 | DEPT OF CHILD SUPPORT SERVICES<br>PO BOX 122808<br>SAN DIEGO CA<br>92112-2808 | 6435.16 | .00 | PRIORITY<br>ACCT:<br>COMM:DCSS NO 695.261.720 |
| 0011<br>COURT<br>CLAIM #<br>7 | ECAST SETTLEMENT CORP<br>C/O BASS & ASSOCIATES PC<br>3936 EAST FORT LOWELL RD #200<br>TUCSON AZ<br>85712 | 2030.33 | 100.00 | UNSECURED<br>ACCT:3358<br>COMM:BEST BUY |
| 0001<br>COURT<br>CLAIM # | GEMB/SUZUKI<br>PO BOX 981400<br>EL PASO TX<br>79998 | .00 | 100.00 | REJECT & RETURN<br>NOT FILED<br>ACCT:XXXXXXXXXXX6600<br>COMM:2005 SUZUKI |
| 0002<br>COURT<br>CLAIM #<br>2 | HSBC<br>PO BOX 17906<br>SAN DIEGO CA<br>92177 | 7813.00<br>7.00 % INT | .00 | SECURED<br>ACCT:6786<br>COMM:2002 DODGE |

| TRUSTEE CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 2002 COURT CLAIM # 2 | HSBC PO BOX 17906 SAN DIEGO CA 92177 | 4456.18 | 100.00 | UNSECURED ACCT:6786 COMM:Split Claim |
| 0013 COURT CLAIM # 9 | MONEY TREE PO BOX 58363 SEATTLE WA 98138 | 315.00 | 100.00 | UNSECURED ACCT:1622 COMM: |
| 0003 COURT CLAIM # 3 | OXNARD COLLEGE 4000 S ROSE AVE OXNARD CA 93033 | .00   9.00 % INT | .00 | SPECIAL UNSECURED NOT FILED ACCT:6684 COMM:STUDENT LOAN |
| 0006 COURT CLAIM # 1 | PROGRESSIVE ASSET MNGMNT 5924 E LOS ANGELES AVE S SIMI VALLEY CA 93063-5526 | 70.12 | 100.00 | UNSECURED ACCT:XXXX05-6 COMM:S CAL GAS CO |
| 0015 COURT CLAIM # 11 | RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603-0587 | 581.23 | 100.00 | UNSECURED ACCT:3728 COMM:FIRST NATL BK MARIN |
| 0004 COURT CLAIM # 4 | STATE OF CA/FTB PO BOX 1328 RANCHO CORDOVA CA 95741 | .00   9.00 % INT | .00 | SPECIAL UNSECURED NOT FILED ACCT:XXXXX3965 COMM:TRAFFIC FINE |
| 0005 COURT CLAIM # 12 | WELTMAN WEINBERG & REIS CO 323 W LAKESIDE AVE 2ND FL CLEVELAND OH 44113 | 666.17 | 100.00 | UNSECURED ACCT:2786 COMM:AT&T WIRELESS |
| 0009 COURT CLAIM # 5 | eCAST SETTLEMENT CORP PO BOX 35480 NEWARK NJ 07193-5480 | 549.01 | 100.00 | UNSECURED ACCT:6507 COMM:HSBC |
| **TOTAL** | | **27557.47** | | |

JOHN C COLWELL #118532                2100.00          ATTORNEY
411 BROADWAY #203
SAN DIEGO CA
                                    92101


    Pursuant to 11 U.S.C. 502(a), the claims which have been  filed  as  stated
above will be deemed allowed for purposes of distribution and shall be paid  un-
less the debtor or other party in interest files with the  court  in  accordance
with Rule 3007, and Objection to Claim and Request  for  Hearing  within  thirty
(30) days of this notice.



                                    /s/ DAVID L. SKELTON
                                    _____
                                    DAVID L. SKELTON
                                    525 B STREET, SUITE 1430
                                    SAN DIEGO CA
                                              92101